IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JANIE MAE COLLINS,

    Plaintiff,

v.                                            Case No. 19-cv-847-wmc

HOUSING INITIATIVES,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

/s/                                                   January 18, 2022

Peter Oppeneer, Clerk of Court                Date